■ In the Matter of CHRISSY B., an Infant.—Order unanimously affirmed without costs for reasons stated in decision at Monroe County Surrogate's Court, Ciaccio, S. (Appeal from Order of Monroe County Surrogate's Court, Ciaccio, S.—Adoption.) Present—Boomer, J. P., Pine, Boehm, Fallon and Davis, JJ.